

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MAWIYAH REESE, | § | No. 08-22-00137-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law #2 |
| HOUSING AUTHORITY OF THE CITY | § | of Travis County, Texas |
| OF AUSTIN-PATHWAYS ASSET | | |
| MANAGEMENT, | § | (TC# C-1-CV-22-001293) |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.[1] Finding Appellant, Mawiyah Reese, has not filed an Appellant's Brief or filed a motion for extension of time to file a brief, we dismiss this appeal for want of prosecution.

A final judgment was signed on May 31, 2022. Appellant filed a notice of appeal on June 23, 2022. The Clerk's Record was filed on July 8, 2002. Our record shows that no request

---

[1] We hear this case on transfer from the Third Court of Appeals. *See* TEX.R.APP.P. 41.3.

1

was made for a Reporter's Record. On July 19, 2022, the appeal was transferred by order of the Texas Supreme Court from the Third Court of Appeals to this Court. On August 17, 2022, the Clerk of this Court sent Appellant a letter indicating that it appeared Appellant no longer wished to pursue this appeal, as neither an Appellant's Brief, nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal within 10 days unless any party could show grounds for continuing the appeal.

As of this date, Appellant has not filed an Appellant's Brief or a motion for extension of time to file a brief, nor has a response been received to the correspondence sent by the Court.

Pursuant to Rule 42.3(b) and (c), we dismiss this appeal for want of prosecution. *See* TEX.R.APP.P. 42.3(b), (c).


JEFF ALLEY, Justice

August 31, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.

2